UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAWAN BOWDEN,

        Petitioner,        Case No. 1:13-cv-507

v.        Honorable Paul L. Maloney

CARMEN PALMER,

        Respondent.
_____/

## ORDER

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:  August 12, 2016        /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge