UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAWAN BOWDEN,

        Petitioner,        Case No. 1:13-cv-507

v.        Honorable Paul L. Maloney

CARMEN PALMER,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice because it fails to raise a meritorious federal claim.

Dated:  August 12, 2016        /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge